## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **IN RE:** | | **:** | **Case No. 18-70620-JAD** |
| **Terry L. Neal,** | | **:** | |
| | **Debtor** | **:** | **Chapter 13** |
| | | **:** | |

## CERTIFICATE OF SERVICE OF AMENDED
## CHAPTER 13 PLAN DATED DECEMBER 4, 2018

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am

over the age of eighteen years old under penalty of perjury that I served or caused to be served,

on the 10th day of December, 2018, a true and exact copy of the Amended Chapter 13 Plan dated

December 4, 2018, along with a copy of the Order dated December 7, 2018, on all of the

creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: <u>December 10, 2018</u>

Respectfully submitted,
  <u>  /s/ Kenneth P. Seitz, Esquire  </u>
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtor

_____
*Parties served by the court electronically were not served by regular mail.

Label Matrix for local noticing
0315-7
Case 18-70620-JAD
WESTERN DISTRICT OF PENNSYLVANIA
Johnstown
Tue Dec  4 11:04:22 EST 2018

Peoples Gas Company LLC, f/k/a Peoples TWP L
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828


Ally Financial
P.O. Box 380901
Minneapolis, MN 55438-0901


(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285



Citibank, N.A.
Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57104-0493


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316


Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721


(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067



Synch/care Credit
950 Forrer Blvd
Kettering, OH 45420-1469



Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658-0211

---

PNC Bank, N.A.
P.O. Box 94982
Cleveland, OH 44101-4982


7
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703


Barclays Bank Delaware
Po Box 8803
Wilmington, DE 19899-8803


Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083



Credit One Bank Na
Po Box 98872
Las Vegas, NV 89193-8872


LVNV Funding, LLC its successors and assigns
assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587


PNC Bank, National Association
P.O. Box 1820
B6-YM07-01-7
Dayton, OH 45401-1820


Priority First Federal Credit Union
364 Midway Drive
DuBois, PA 15801-3864



Synch/walmart
Po Box 965024
Orlando, FL 32896-5024



Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

---

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021


Ally Bank
PO Box 130424
Roseville MN 55113-0004


(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238


Citi
Po Box 6241
Sioux Falls, SD 57117-6241



Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025


LVNV Funding, LLC its successors and assigns
assignee of MHC Receivables, LLC and
FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587


Pnc Bank
2730 Liberty Ave
Pittsburgh, PA 15222-4747


Sears/cbna
Po Box 6282
Sioux Falls, SD 57117-6282



Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021



Terry L Neal
772 Central Street, P.O. Box 284
Rossiter, PA 15772-0284

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bk Of Amer
Po Box 982238
El Paso, TX 79998

Capital One
15000 Capital One Dr
Richmond, VA 23238

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)PNC Bank, N.A.
PO Box 94982
Cleveland, OH 44101-4982

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    29
Bypassed recipients     2
Total                  31