Certificate Number: 05781-PAW-DE-032089513

Bankruptcy Case Number: 18-70620



05781-PAW-DE-032089513

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 30, 2018, at 9:42 o'clock AM PST, Terry Neal completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   December 30, 2018         By:    /s/Allison M Geving

                                  Name:  Allison M Geving

                                  Title: President