UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE                                                         BANKRUPTCY NO. 18-70620 JAD
Terry L. Neal
     Debtor(s)                              CHAPTER 13

PNC BANK NATIONAL ASSOCIATION
     Movant

v.

Terry L. Neal
     Respondent

NOTICE OF HEARING WITH RESPONSE DEADLINE
ON MOTION OF PNC BANK NATIONAL ASSOCIATION
FOR MOTION TO ALLOW FILING OF A CLAIM

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **January 28, 2019**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules Of Bankruptcy Procedure, Local Rules And Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on **March 8, 2019**, at **11:00a.m.** before Judge Deller in Courtroom B, First Floor Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901*. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date Of Service: **January 11, 2019**

                                                James C. Warmbrodt, Esquire
                                                Attorney For Movant/Applicant
                                                /s/ James C. Warmbrodt
                                                Signature
                                                501 Market Street, Suite 5000, Philadelphia, PA 19152
                                                Address
                                                (412)-430-3594
                                                Phone Number
                                                42524
                                                Attorney I.D. No.

\* **NOTE: Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom in Pittsburgh, Pennsylvania. Attorneys may appear at either Courtroom B in Johnstown, or Courtroom D in Pittsburgh.**