**DEFAULT O/E JAD**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Terry L. Neal<br>                         Debtor(s) | CHAPTER 13 |
| PNC BANK NATIONAL ASSOCIATION<br>                         Movant<br>      vs. | |
| Terry L. Neal<br>                         Debtor(s) | NO. 18-70620 JAD |
| Ronda J. Winnecour<br>                         Trustee | Related to Doc. #32 |

## ORDER ALLOWING FILING OF CLAIM

AND NOW, this 27th day of February, 2019, upon Motion of PNC BANK NATIONAL ASSOCIATION, it is

**ORDERED THAT:** Movant is hereby granted approval to file a Proof of Claim.

                                                       United States Bankruptcy Judge  sjk<br>
                                                       Jeffery A. Deller

cc:
Terry L. Neal
772 Central Street, P.O. Box 284
Rossiter, PA 15772

Kenneth P. Seitz Esq.
432 Boulevard of the Allies (VIA ECF)
Pittsburgh, PA 15219

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

KML Law Group, P.C.
701 Market Street, Suite 5000
Pittsburgh, PA 15276

                                                       FILED<br>
                                                       2/27/19 11:11 am<br>
                                                       CLERK<br>
                                                       U.S. BANKRUPTCY<br>
                                                       COURT - WDPA

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                              Case No. 18-70620-JAD
Terry L Neal                                                        Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: culy                  Page 1 of 1          Date Rcvd: Feb 27, 2019
                              Form ID: pdf900             Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2019.
db         +Terry L Neal,   772 Central Street, P.O. Box 284,   Rossiter, PA 15772-0284
cr         +PNC Bank, N.A.,   P.O. Box 94982,   Cleveland, OH 44101-4982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2019 02:44:46
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2019                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2019 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Terry L Neal thedebterasers@aol.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
               sjw@sjwpgh.com,    srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 5