# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-70620-JAD |
| Terry L. Neal, | : | |
| Debtor | : | Chapter 13 |
| | : | |

## CERTIFICATE OF SERVICE OF AMENDED
## CHAPTER 13 PLAN DATED APRIL 6, 2020

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 17th day of April, 2020, a true and exact copy of the Notice of Proposed Modification to Confirmed Plan with attached Amended Chapter 13 Plan dated April 6, 2020, along with a copy of the Order dated April 16, 2020, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: <u>April 17, 2020</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

_____
*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 18-70620-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Tue Dec  4 11:04:22 EST 2018 | PNC Bank, N.A.<br>P.O. Box 94982<br>Cleveland, OH 44101-4982 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Peoples Gas Company LLC, f/k/a Peoples TWP L<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | 7<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 |
| Ally Financial<br>P.O. Box 380901<br>Minneapolis, MN 55438-0901 | Barclays Bank Delaware<br>Po Box 8803<br>Wilmington, DE 19899-8803 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 |
| Citibank, N.A.<br>Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | Credit One Bank Na<br>Po Box 98872<br>Las Vegas, NV 89193-8872 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | LVNV Funding, LLC its successors and assigns<br>assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of MHC Receivables, LLC and<br>FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PNC Bank, National Association<br>P.O. Box 1820<br>B6-YM07-01-7<br>Dayton, OH 45401-1820 | Pnc Bank<br>2730 Liberty Ave<br>Pittsburgh, PA 15222-4747 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Priority First Federal Credit Union<br>364 Midway Drive<br>DuBois, PA 15801-3864 | Sears/cbna<br>Po Box 6282<br>Sioux Falls, SD 57117-6282 |
| Syncb/care Credit<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 | Syncb/walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Terry L Neal<br>772 Central Street, P.O. Box 284<br>Rossiter, PA 15772-0284 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bk Of Amer | Capital One | Portfolio Recovery Associates, LLC |
| Po Box 982238 | 15000 Capital One Dr | POB 12914 |
| El Paso, TX 79998 | Richmond, VA 23238 | Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | | |
|---|---|---|---|
| (d)PNC Bank, N.A. | (d)PRA Receivables Management, LLC | End of Label Matrix | |
| PO Box 94982 | PO Box 41021 | Mailable recipients | 29 |
| Cleveland, OH 44101-4982 | Norfolk, VA 23541-1021 | Bypassed recipients | 2 |
| | | Total | 31 |