<sub>Form 149</sub>

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Terry L Neal**
Debtor(s)

Bankruptcy Case No.: 18–70620–JAD
Issued per 6/25/2020 Proceeding
Chapter: 13
Docket No.: 58 – 51
Concil. Conf.: June 25, 2020 at 02:00 PM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

  IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated 4/6/2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐   A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐   B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐   C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Jun. 25, 2020 at 02:00 PM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐   D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐   E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐   F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐   G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑   H.   Additional Terms: The secured claim of the following creditor shall govern as to claim amount, to be paid at the modified plan interest in a monthly to be determined by Trustee to pay in full: PNC Bank [Claim #12]

*(2.)*  *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**  **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**  **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**  **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**  **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**  **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: July 2, 2020

Jeffery A. Deller
United States Bankruptcy Judge

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                                 United States Bankruptcy Court
                                 Western District of Pennsylvania
In re:                                                                                  Case No. 18-70620-JAD
Terry L Neal                                                                            Chapter 13
           Debtor
                                           CERTIFICATE OF NOTICE
District/off: 0315-7               User: skoz                     Page 1 of 2                  Date Rcvd: Jul 02, 2020
                                   Form ID: 149                   Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2020.
db             +Terry L Neal,    772 Central Street, P.O. Box 284,    Rossiter, PA 15772-0284
cr             +Peoples Gas Company LLC, f/k/a Peoples TWP LLC,    c/o S. James Wallace, P.C.,
                 845 N. Lincoln Ave.,    Pittsburgh, PA 15233-1828
14909607      ++BANK OF AMERICA,     PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
14909606       +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
14909609       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
14948264       +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14948506       +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
14909613       +PNC Bank, National Association,    P.O. Box 1820,    B6-YM07-01-7,    Dayton, OH 45401-1820
14909612       +Pnc Bank,   2730 Liberty Ave,    Pittsburgh, PA 15222-4747
14909615       +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14917506        E-mail/Text: ally@ebn.phinsolutions.com Jul 03 2020 04:21:15     Ally Bank,   PO Box 130424,
                 Roseville MN 55113-0004
14909605       +E-mail/Text: ally@ebn.phinsolutions.com Jul 03 2020 04:21:15     Ally Financial,
                 P.O. Box 380901,    Minneapolis, MN 55438-0901
14909608        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 03 2020 04:26:10     Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
14934206        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 03 2020 04:26:49
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14909610       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 03 2020 04:26:58     Credit One Bank Na,
                 Po Box 98872,    Las Vegas, NV 89193-8872
14913146        E-mail/Text: mrdiscen@discover.com Jul 03 2020 04:21:22     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14909611       +E-mail/Text: mrdiscen@discover.com Jul 03 2020 04:21:22     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
14945233        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 03 2020 04:27:40
                 LVNV Funding, LLC its successors and assigns as,     assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14945232        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 03 2020 04:26:22
                 LVNV Funding, LLC its successors and assigns as,     assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14944655        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 03 2020 04:27:39
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14910790       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 03 2020 04:26:17
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14909614       +E-mail/Text: steve@priorityfirstfcu.org Jul 03 2020 04:21:18
                 Priority First Federal Credit Union,    364 Midway Drive,    DuBois, PA 15801-3864
14909616       +E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2020 04:26:02     Syncb/care Credit,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
14909617       +E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2020 04:27:20     Syncb/walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
14948031       +E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2020 04:27:20     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                              TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15005705*      +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
                                                                                             TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020                         Signature:   /s/Joseph Speetjens

```
District/off: 0315-7          User: skoz               Page 2 of 2          Date Rcvd: Jul 02, 2020
                              Form ID: 149             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2020 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Terry L Neal thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
               sjw@sjwpgh.com,   srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                            TOTAL: 5
```