**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-70620-JAD |
|    Terry L. Neal, | : | |
|           Debtor | : | Chapter 13 |
| | : | |
| Terry L. Neal, | : | Docket No. 62 |
|           Movant | : | |
|    v. | : | |
| | : | |
| PNC Bank, N.A, | : | |
|           Respondent | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON OBJECTION TO**
**PNC BANK, N.A.'S NOTICE OF MORTGAGE PAYMENT CHANGE DATED AUGUST 11, 2020**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **September 18, 2020** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.

If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled. You should take the Notice and the Motion to a lawyer at once.

A telephonic hearing will be held on **Wednesday, September 30, 2020 at 11:00 AM** before the Honorable Jeffery A. Deller. Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at (866) 582-6878 no later than twenty-four (24) hours prior to the scheduled hearing. All counsel and parties participating telephonically shall comply with the procedures of telephonic participation set forth in the procedures for Judge Deller's cases, which may be found on the Court's webpage at www.pawb.uscourts.gov.

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of service: September 1, 2020          Attorney for Movant:

                                                                 /s/ Kenneth P. Seitz, Esquire
                                                                   Kenneth P. Seitz, Esquire
                                                                   PA I.D. # 81666
                                                                   Law Offices of Kenny P. Seitz
                                                                   P.O. Box 211
                                                                   Ligonier, PA  15658
                                                                   (814) 536-7470