**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-70620-JAD |
| Terry L. Neal, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Terry L. Neal, | : | Docket No. 64 |
| Movant | : | |
| v. | : | Hearing Date & Time: September 30, 2020 |
| | : | 11:00 AM |
| PNC Bank, N.A, | : | |
| Respondent | : | |

**CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO**
**PNC BANK, N.A.'S NOTICE OF MORTGAGE PAYMENT CHANGE DATED AUGUST 11, 2020**

The undersigned hereby certifies that as of the date hereof, no answer, no objection or other responsive pleading to the Debtor's Objection to PNC Bank, N.A.'s Notice of Mortgage Payment Change dated August 11, 2020 filed on September 1, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Debtor's Objection to PNC Bank, N.A.'s Notice of Mortgage Payment Change dated August 11, 2020 appears thereon. Pursuant to the Notice of Hearing, objections to the Debtor's Objection to PNC Bank, N.A.'s Notice of Mortgage Payment Change dated August 11, 2020 were to be filed and served no later than September 18, 2020.

It is hereby respectfully requested that the Order attached to the Debtor's Objection to PNC Bank, N.A.'s Notice of Mortgage Payment Change dated August 11, 2020 be entered by the Court.

Dated: September 21, 2020

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
(814) 536-7470