**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** : | **Bankruptcy No. 18-70620-JAD** |
|    Terry L. Neal, : | |
|               **Debtor** : | **Chapter 13** |
| : | |
| Terry L. Neal, : | **Docket No. 70** |
|               **Movant** : | |
|    v. : | **Hearing Date & Time: October 30, 2020** |
| : | **11:00 AM** |
| PNC Bank, N.A, : | |
|             **Respondent** : | |

**CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO PNC BANK, N.A.'S NOTICE OF MORTGAGE PAYMENT CHANGE DATED SEPTEMBER 10, 2020**

The undersigned hereby certifies that as of the date hereof, no answer, no objection or other responsive pleading to the Debtor's Objection to PNC Bank, N.A.'s Notice of Mortgage Payment Change dated September 10, 2020 filed on October 1, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Debtor's Objection to PNC Bank, N.A.'s Notice of Mortgage Payment Change dated September 10, 2020 appears thereon. Pursuant to the Notice of Hearing, objections to the Debtor's Objection to PNC Bank, N.A.'s Notice of Mortgage Payment Change dated September 10, 2020 were to be filed and served no later than October 19, 2020.

It is hereby respectfully requested that the Order attached to the Debtor's Objection to PNC Bank, N.A.'s Notice of Mortgage Payment Change dated September 10, 2020 be entered by the Court.

Dated: October 20, 2020                /s/ Kenneth P. Seitz, Esquire
                                                      Kenneth P. Seitz, Esquire
                                                      PA I.D. # 81666
                                                      Law Offices of Kenny P. Seitz
                                                      P.O. Box 211
                                                      Ligonier, PA 15658
                                                      (814) 536-7470