IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: : | Bankruptcy No. 18-70620-JAD |
| **Terry L. Neal,** : | |
| Debtor : | Chapter 13 |
| : | |
| **Terry L. Neal,** : | Docket No. |
| Movant : | |
| v. : | Related to Docket No. 65 |
| : | |
| **PNC Bank, N.A,** : | Hearing Date & Time: October 30, 2020 |
| Respondent : | 11:00 AM |

## ORDER

**AND NOW**, this  22nd  day of  October , 2020, upon consideration of the Objection to PNC Bank, N.A.'s Notice of Mortgage Payment Change dated September 10, 2020 it is hereby ORDERED and DECREED as follows:

1. The mortgage payment change notification dated September 10, 2020 filed by PNC Bank, N.A., is Disallowed.

2. The monthly payment to PNC Bank, N.A. shall remain the same in the Confirmed Chapter 13 Plan dated April 6, 2020; confirmed per Order dated July 2, 2020, until further Order of Court.

BY THE COURT:

_____ sjk
Jeffery A. Deller
United States Bankruptcy Judge

FILED
10/22/20 10:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70620-JAD |
| Terry L Neal | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: lfin | Page 1 of 2 |
| Date Rcvd: Oct 22, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terry L Neal, 772 Central Street, P.O. Box 284, Rossiter, PA 15772-0284 |
| 14948506 | + | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101-4982 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-4982 |
| 15005705 | *+ | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-4982 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 24, 2020 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank  N.A. bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Terry L Neal thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-7     User: lfin     Page 2 of 2
Date Rcvd: Oct 22, 2020     Form ID: pdf900     Total Noticed: 2

S. James Wallace     on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

TOTAL: 5