**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
|     **Terry L. Neal,** | ) | **Case No. 18-70620-JAD** |
|                             **Debtor** | ) | |
| | ) | **Chapter 13** |
| | ) | |
| | | Related to Docs. #58 and 75 |

**STIPULATED ORDER MODIFYING PLAN**

    **WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ☐     a motion to dismiss case or certificate of default requesting dismissal

- ☐     a plan modification sought by: _____

- ☐     a motion to lift stay
        as to creditor _____

- ☒     Other:     Plan payment delinquency letter

    **WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

    **IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☐ Chapter 13 Plan dated
- ☒ Amended Chapter 13 Plan dated April 6, 2020

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☒     Debtor's Plan payments shall be changed from $ 1,950.00 to $2,100.00, effective April 2022; and/or the Plan term shall remain at __60__ months. The Debtor fell behind in payments and wishes to cure the plan arrears.

-1-

 ❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

 ❑ Debtor(s) shall file and serve _____ on or before _____.

 ❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

 ❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____
_____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

 ❑ Other:

  **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

  **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this __21st__ day of ____April____, 2022

Dated: _____4/21/2022_____

_____sjk
Jeffery A. Deller
United States Bankruptcy Judge

Stipulated by:

/s/ Kenneth P. Seitz, Esquire
Counsel to Debtor

Stipulated by:

/s/ Owen W. Katz, Esquire
Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

FILED
4/21/22 12:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc:  All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 18-70620-JAD
Terry L Neal                                                                                              Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7                              User: auto                               Page 1 of 3
Date Rcvd: Apr 21, 2022                     Form ID: pdf900                        Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terry L Neal, 772 Central Street, P.O. Box 284, Rossiter, PA 15772-0284 |
| 14909607 | + | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 21 2022 23:41:20 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 21 2022 23:38:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14917506 | | Email/Text: ally@ebn.phinsolutions.com | Apr 21 2022 23:38:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14909605 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 21 2022 23:38:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14909606 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 21 2022 23:38:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14909607 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 21 2022 23:38:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14909608 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 21 2022 23:41:20 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14934206 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 21 2022 23:41:49 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14909609 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2022 23:41:50 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14948264 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2022 23:41:37 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14909610 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 21 2022 23:41:21 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14913146 | | Email/Text: mrdiscen@discover.com | Apr 21 2022 23:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14909611 | + | Email/Text: mrdiscen@discover.com | Apr 21 2022 23:38:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14945233 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2022 23:41:21 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14945232 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 18-70620-JAD Doc 77 Filed 04/23/22 Entered 04/24/22 00:24:44 Desc Imaged
Certificate of Notice Page 5 of 6

| District/off: 0315-7 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Apr 21, 2022 | Form ID: pdf900 | Total Noticed: 26 |

| | | | |
| --- | --- | --- | --- |
| | | Apr 21 2022 23:41:37 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14948506 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 21 2022 23:38:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14909613 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 21 2022 23:38:00 | PNC Bank, National Association, P.O. Box 1820, B6-YM07-01-7, Dayton, OH 45401 |
| 14909612 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 21 2022 23:38:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14944655 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 21 2022 23:41:20 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14910790 | + Email/PDF: rmscedi@recoverycorp.com | Apr 21 2022 23:41:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14909614 | + Email/Text: steve@priorityfirstfcu.org | Apr 21 2022 23:38:00 | Priority First Federal Credit Union, 364 Midway Drive, DuBois, PA 15801-3864 |
| 14909615 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2022 23:51:59 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14909616 | + Email/PDF: gecsedi@recoverycorp.com | Apr 21 2022 23:41:36 | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14909617 | + Email/PDF: gecsedi@recoverycorp.com | Apr 21 2022 23:41:19 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14948031 | + Email/PDF: gecsedi@recoverycorp.com | Apr 21 2022 23:41:36 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-5570 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15005705 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2022         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 21, 2022 | Form ID: pdf900 | Total Noticed: 26 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank N.A. bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Terry L Neal thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 5