**Form 408**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Terry L Neal**
  Debtor(s)

Bankruptcy Case No.: 18−70620−JAD

Chapter: 13
Docket No.: 83 − 81

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

  **AND NOW,** this The 26th of September, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 11/27/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/6/23 at 11:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/27/23.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70620-JAD |
| Terry L Neal | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 28, 2023 | Form ID: 408 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Terry L Neal, 772 Central Street, P.O. Box 284, Rossiter, PA 15772-0284 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Sep 29 2023 01:08:43 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: ebnpeoples@grblaw.com | Sep 29 2023 01:11:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14917506 | Email/Text: ally@ebn.phinsolutions.com | Sep 29 2023 01:10:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14909605 | + Email/Text: ally@ebn.phinsolutions.com | Sep 29 2023 01:10:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14909606 | + Email/Text: BarclaysBankDelaware@tsico.com | Sep 29 2023 01:12:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14909607 | + Email/Text: creditcardbkcorrespondence@bofa.com | Sep 29 2023 01:10:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14909608 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 01:09:12 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14934206 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 01:09:09 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14909609 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2023 01:25:58 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14948264 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2023 01:10:34 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14909610 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 29 2023 01:08:39 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14913146 | Email/Text: mrdiscen@discover.com | Sep 29 2023 01:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14909611 | + Email/Text: mrdiscen@discover.com | Sep 29 2023 01:11:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14945233 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2023 01:27:48 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14945232 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2023 01:29:33 | LVNV Funding, LLC its successors and assigns |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14948506 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 29 2023 01:11:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14909613 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 29 2023 01:11:00 | PNC Bank, National Association, P.O. Box 1820, B6-YM07-01-7, Dayton, OH 45401 |
| 14909612 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 29 2023 01:11:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14944655 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2023 02:11:49 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14910790 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 29 2023 01:50:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14909614 | + | Email/Text: steve@priorityfirstfcu.org | Sep 29 2023 01:10:00 | Priority First Federal Credit Union, 364 Midway Drive, DuBois, PA 15801-3864 |
| 14909615 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2023 01:27:14 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14909616 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:48:13 | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14909617 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:26:05 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14948031 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 29 2023 01:27:48 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-5570 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15005705 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2023   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: 408 | Total Noticed: 26 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank  N.A. bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Terry L Neal thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 5