**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TERRY L NEAL<br><br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:18-70620 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 26, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 09/04/2018 and confirmed on 11/16/18 . The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 100,880.30 |
| Less Refunds to Debtor | 14,138.08 | |
| TOTAL AMOUNT OF PLAN FUND | | 86,742.22 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,648.00 | |
|   Trustee Fee | 4,581.20 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,229.20 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PRIORITY FIRST FCU(*) | 0.00 | 17,155.40 | 0.00 | 17,155.40 |
|     Acct: 2151 | | | | |
|   ALLY BANK(*) | 4,528.14 | 4,528.14 | 403.63 | 4,931.77 |
|     Acct: 7129 | | | | |
|   PNC BANK NA | 19,194.33 | 19,194.33 | 3,528.36 | 22,722.69 |
|     Acct: 4129 | | | | |
| | | | | 44,809.86 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TERRY L NEAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TERRY L NEAL | 14,138.08 | 14,138.08 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,648.00 | 3,648.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 6,054.95 | 6,054.95 | 0.00 | 6,054.95 |
|     Acct: 8543 | | | | |
|   BANK OF AMERICA NA**  (LMP) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4917 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 4,210.73 | 4,210.73 | 0.00 | 4,210.73 |
|     Acct: 6139 | | | | |
|   CITIBANK NA** | 11,424.01 | 11,424.01 | 0.00 | 11,424.01 |
|     Acct: 9178 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 933.35 | 933.35 | 0.00 | 933.35 |
|     Acct: 4299 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 639.26 | 639.26 | 0.00 | 639.26 |
|     Acct: 7868 | | | | |
|   DISCOVER BANK(*) | 2,092.69 | 2,092.69 | 0.00 | 2,092.69 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 8752 | | | | |
| | PNC BANK NA | 2,314.96 | 2,314.96 | 0.00 | 2,314.96 |
| | Acct: 4688 | | | | |
| | SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6805 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,631.21 | 1,631.21 | 0.00 | 1,631.21 |
| | Acct: 6861 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 4,402.00 | 4,402.00 | 0.00 | 4,402.00 |
| | Acct: 9049 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9049 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 33,703.16 |

TOTAL PAID TO CREDITORS                                                                 78,513.02

TOTAL CLAIMED
PRIORITY        0.00
SECURED      23,722.47
UNSECURED    33,703.16

Date: 09/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    TERRY L NEAL

        Debtor(s)

  Ronda J. Winnecour
        Movant
      vs.
  No Repondents.

Case No.:18-70620 JAD

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-70620-JAD

Terry L Neal     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 3
Date Rcvd: Sep 28, 2023     Form ID: pdf900     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terry L Neal, 772 Central Street, P.O. Box 284, Rossiter, PA 15772-0284 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 29 2023 02:53:11 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 29 2023 01:11:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14917506 | | Email/Text: ally@ebn.phinsolutions.com | Sep 29 2023 01:10:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14909605 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 29 2023 01:10:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14909606 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 29 2023 01:12:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14909607 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 29 2023 01:10:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14909608 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 02:53:30 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14934206 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 01:10:26 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14909609 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2023 01:26:46 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14948264 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2023 01:10:33 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14909610 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 29 2023 01:10:26 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14913146 | | Email/Text: mrdiscen@discover.com | Sep 29 2023 01:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14909611 | + | Email/Text: mrdiscen@discover.com | Sep 29 2023 01:11:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14945233 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2023 01:29:42 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14945232 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2023 01:27:48 | LVNV Funding, LLC its successors and assigns |

Case 18-70620-JAD  Doc 85  Filed 09/30/23  Entered 10/01/23 00:29:52  Desc Imaged
Certificate of Notice  Page 6 of 7

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: pdf900 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | | as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14948506 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 29 2023 01:11:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14909613 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 29 2023 01:11:00 | PNC Bank, National Association, P.O. Box 1820, B6-YM07-01-7, Dayton, OH 45401 |
| 14909612 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 29 2023 01:11:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14944655 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2023 02:53:31 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14910790 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 29 2023 01:28:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14909614 | + | Email/Text: steve@priorityfirstfcu.org | Sep 29 2023 01:10:00 | Priority First Federal Credit Union, 364 Midway Drive, DuBois, PA 15801-3864 |
| 14909615 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2023 01:27:22 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14909616 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:28:50 | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14909617 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:48:23 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14948031 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 29 2023 01:29:41 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-5570 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15005705 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Sep 30, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 3 of 3 |
| Date Rcvd: Sep 28, 2023 | Form ID: pdf900 | Total Noticed: 26 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank  N.A. bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Terry L Neal thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 5