**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Terry L Neal**<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–9572<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 18–70620–JAD | |

# Order of Discharge                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Terry L Neal

<u>11/28/23</u>                                                                  **By the court:** <u>Jeffery A. Deller</u>
                                                                                                   United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 18-70620-JAD
Terry L Neal   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 3
Date Rcvd: Nov 28, 2023      Form ID: 3180W      Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Terry L Neal, 772 Central Street, P.O. Box 284, Rossiter, PA 15772-0284 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Nov 29 2023 05:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 29 2023 00:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Nov 29 2023 05:15:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 29 2023 00:37:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + EDI: AISACG.COM | Nov 29 2023 05:15:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: ebnpeoples@grblaw.com | Nov 29 2023 00:35:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14917506 | EDI: GMACFS.COM | Nov 29 2023 05:15:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14909605 | + EDI: GMACFS.COM | Nov 29 2023 05:15:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14909606 | + EDI: TSYS2 | Nov 29 2023 05:15:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14909607 | + EDI: BANKAMER | Nov 29 2023 05:15:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14909608 | EDI: CAPITALONE.COM | Nov 29 2023 05:15:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14934206 | EDI: CAPITALONE.COM | Nov 29 2023 05:15:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14909609 | + EDI: CITICORP | Nov 29 2023 05:15:00 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14948264 | + EDI: CITICORP | Nov 29 2023 05:15:00 | Citibank, N.A., Citibank, N.A., 701 East 60th |

Case 18-70620-JAD    Doc 89    Filed 11/30/23    Entered 12/01/23 00:32:06    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 28, 2023 | Form ID: 3180W | Total Noticed: 28 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Street North, Sioux Falls, SD 57104-0432 |
| 14909610 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 29 2023 00:48:40 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14913146 | | EDI: DISCOVER | Nov 29 2023 05:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14909611 | + | EDI: DISCOVER | Nov 29 2023 05:15:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14945233 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2023 00:48:23 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14945232 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2023 01:36:27 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14948506 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 29 2023 00:35:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14909613 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 29 2023 00:35:00 | PNC Bank, National Association, P.O. Box 1820, B6-YM07-01-7, Dayton, OH 45401 |
| 14909612 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 29 2023 00:35:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14944655 | | EDI: PRA.COM | Nov 29 2023 05:15:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14910790 | + | EDI: RECOVERYCORP.COM | Nov 29 2023 05:15:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14909614 | + | Email/Text: steve@priorityfirstfcu.org | Nov 29 2023 00:35:00 | Priority First Federal Credit Union, 364 Midway Drive, DuBois, PA 15801-3864 |
| 14909615 | + | EDI: CITICORP | Nov 29 2023 05:15:00 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14909616 | + | EDI: SYNC | Nov 29 2023 05:15:00 | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14909617 | + | EDI: SYNC | Nov 29 2023 05:15:00 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14948031 | + | EDI: AIS.COM | Nov 29 2023 05:15:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-5570 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15005705 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 28, 2023 | Form ID: 3180W | Total Noticed: 28 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank N.A. bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Terry L Neal thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 5