**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| TERRY L NEAL | Case No.:18-70620 JAD |
| Debtor(s) | Chapter 13 |
| | Related to ECF No. 81 |
| Ronda J. Winnecour | |
| Movant | **DEFAULT O/E JAD** |
| vs. | |
| No Repondents. | |

ORDER OF COURT

AND NOW, this  28th  day of  November,  2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
11/28/23 1:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

JEFFERY A. DELLER     jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70620-JAD |
| Terry L Neal | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 28, 2023 | Form ID: pdf900 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terry L Neal, 772 Central Street, P.O. Box 284, Rossiter, PA 15772-0284 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 29 2023 00:49:06 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 29 2023 00:35:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14917506 | | Email/Text: ally@ebn.phinsolutions.com | Nov 29 2023 00:35:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14909605 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 29 2023 00:35:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14909606 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 29 2023 00:36:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14909607 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 29 2023 00:34:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14909608 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2023 00:48:19 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14934206 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2023 00:48:19 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14909609 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2023 01:36:26 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14948264 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2023 00:48:41 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14909610 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 29 2023 00:48:29 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14913146 | | Email/Text: mrdiscen@discover.com | Nov 29 2023 00:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14909611 | + | Email/Text: mrdiscen@discover.com | Nov 29 2023 00:35:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14945233 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2023 01:36:21 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14945232 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2023 00:48:32 | LVNV Funding, LLC its successors and assigns |

District/off: 0315-7 | User: auto | Page 2 of 3
Date Rcvd: Nov 28, 2023 | Form ID: pdf900 | Total Noticed: 26

| | | | |
|---|---|---|---|
| | | | as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14948506 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Nov 29 2023 00:35:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14909613 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Nov 29 2023 00:35:00 | PNC Bank, National Association, P.O. Box 1820, B6-YM07-01-7, Dayton, OH 45401 |
| 14909612 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Nov 29 2023 00:35:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14944655 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Nov 29 2023 01:36:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14910790 | + | Email/PDF: rmscedi@recoverycorp.com | |
| | | Nov 29 2023 00:48:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14909614 | + | Email/Text: steve@priorityfirstfcu.org | |
| | | Nov 29 2023 00:35:00 | Priority First Federal Credit Union, 364 Midway Drive, DuBois, PA 15801-3864 |
| 14909615 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Nov 29 2023 00:49:01 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14909616 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Nov 29 2023 01:13:54 | Synch/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14909617 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Nov 29 2023 00:48:41 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14948031 | + | Email/PDF: ebn_ais@aisinfo.com | |
| | | Nov 29 2023 00:49:03 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-5570 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15005705 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0315-7

Date Rcvd: Nov 28, 2023

User: auto

Form ID: pdf900

Page 3 of 3

Total Noticed: 26

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Brian Nicholas | on behalf of Creditor PNC Bank  N.A. bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Terry L Neal thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 5